UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FREDDIE WRIGHT                                                         CIVIL ACTION

VERSUS

COUCH, CONVILLE, BLITT                                      NO.: 13-00526-BAJ-RLB
ATTORNEYS AT LAW, ET AL.

### SIXTY DAY ORDER OF DISMISSAL

Considering the parties' **Notice of Settlement (Doc. 6)**;

**IT IS ORDERED** that the above-captioned matter is **DISMISSED**, without prejudice to the right, upon good cause shown within sixty days, to reopen the action if the settlement is not consummated.

Baton Rouge, Louisiana, this 7th day of January, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA